UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
ARTHUR USHERSON,                                            :
                                                            :
                        Plaintiff,                          :    ORDER
                                                            :
        -v.-                                                :
                                                            :    19 Civ. 9123 (GBD) (GWG)
                                                            :
UNIVERSAL MUSIC GROUP, INC.,                                :
                                                            :
                        Defendant.                          :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN UNITED STATES MAGISTRATE JUDGE

In light of the filing in Docket # 12, the conference scheduled for Tuesday, January 14, 2020, at 10:00 a.m. is adjourned sine die.

SO ORDERED.

Dated: January 13, 2020
       New York, New York

*(signature)*

GABRIEL W. GORENSTEIN
United States Magistrate Judge