UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ARTHUR USHERSON,

                Plaintiff,

-against-

UNIVERSAL MUSIC GROUP, INC.,

                Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 13 2020

ORDER

19 Civ. 9123 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       January 13, 2020

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge